```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MITSUBISHI MOTOR CREDIT OF
AMERICA, INC.,,
                                                                    ORDER
                        Plaintiff,
                                                                    Civil Action No. 007-3528
        -against-

COUNTRY MOTORS LLC, MICHAEL A.
CARUSO and STEVEN M. GAJESKI.,
                        Defendants.
-------------------------------------------------------X
```

**APPEARANCES:**

**Deily, Mooney, & Glastetter, LLP**
Attorneys for Plaintiff
8 Thurlow Terrace
Albany, NY 12203
By:    Richard Cromwell Maider, Esq.

**Raymond A. Peck, Jr. Attorney at Law**
Attorneys for Defendants
35 Montauk Highway, Suite B
Southampton, NY 11968
By:    Raymond A. Peck, Esq.

**HURLEY, Senior District Judge:**

On July 18, 2008 Magistrate Judge E. Thomas Boyle issued a Report and Recommendation ( the "Report") recommending that Plaintiff"s motion for summary judgment be granted in its entirety and that plaintiff be awarded judgment against the defendants, jointly and severally, in the amount of $335,188.91, which represents the following: (1) $25,771.15 due and owing under the Motor Vehicle Inventory Loan and Security Agreement; (2) $296,138.58 due and owing under the Installment Note; and (3) attorney's fees and cost in the amount of $13,279.18.  More than ten (10) days have elapsed since service of the  Report, and neither party

has filed any objections to it.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the July 18, 2008 Report of Judge Boyle as if set forth herein. The Court therefore directs that Plaintiff recover from the Defendants, jointly and severally, the amount of $335,188.91 and that judgment be entered accordingly. Upon entry of judgment, the Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, N.Y.
August 5, 2008

/s/
Denis R. Hurley,
United States District Judge